UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF ALLEN KRICK, | CASE NO. 1:13-cv-00779-SMS |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO PROCEED |
| v. | *IN FORMA PAUPERIS* AND DIRECTING PLAINTIFF TO SUBMIT ADDITIONAL FINANCIAL INFORMATION |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | (Doc. 4) |

By a motion filed May 24, 2013, Plaintiff Jeff Allen Krick seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration disclosing that he is supported by his wife, who earns $917.42 monthly ($11,009.04 annually), and that his 2012 income tax return reflected annual income of $18,000.00. Plaintiff also reports that he owns a home and mountain property and that he is a beneficiary of a living trust from which he currently receives no distributions. The Court finds this information insufficient to determine whether Plaintiff qualifies to proceed *in forma pauperis* under the requirements of 28 U.S.C. § 1915(a).

Accordingly, the Court DENIES Plaintiffs' motion to proceed *in forma pauperis*. Within thirty (30) days of this order, Plaintiff is directed to submit, in full, the filing fee of $350.00, or an amended application to proceed *in forma pauperis* in which he accounts for the $6990.96 difference between his wife's current income and the annual income reported on his 2012 tax return and more fully discloses the value of his interests in the living trust, home, and mountain property.

IT IS SO ORDERED.

Dated:   **June 2, 2013**                    /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE