# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF ALLEN KRICK,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant.<br>_____/ | CASE NO. 1:13-cv-00779-SMS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED<br>*IN FORMA PAUPERIS*<br><br>(Doc. 6) |

By a motion filed July 3, 2013, Plaintiff Jeff Allen Krick seeks to proceed *in forma pauperis*, adding information previously requested by the Court. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents and summons. Plaintiff's attorney is directed to serve the Commissioner.

IT IS SO ORDERED.

**Dated:   July 5, 2013**            /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE