# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF ALLEN KRICK, | CASE NO. 1:13-cv-00779-SMS |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | (Doc. 6) |
| Defendant. | |

By a motion filed July 3, 2013, Plaintiff Jeff Allen Krick seeks to proceed *in forma pauperis*, adding information previously requested by the Court.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*.  The Clerk of Court is directed to issue new case documents and summons.  Plaintiff's attorney is directed to serve the Commissioner.

IT IS SO ORDERED.

**Dated:   July 5, 2013**                         **/s/ Sandra M. Snyder**
                                                                  UNITED STATES MAGISTRATE JUDGE

1